EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Angelita Morales Velazquez | 2011 TSPR 50<br><br>181 DPR ____ |

Número del Caso: TS-5954

Fecha: 1ro de abril de 2011

Abogada de la Lcda. Angelita Morales:

      Lcda. Nydmilia Rodríguez Olmeda

Resolución del Tribunal de Primera Instancia:

      Hon. Mercedes M. Bauermeister

Materia: Regla 15 – La suspensión será efectiva una vez advenga final y firme la Resolución conforme la Regla 45 del Reglamento del Tribunal Supremo sobre reconsideración.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Angelita Morales Velázquez                TS-5954

RESOLUCIÓN

San Juan, Puerto Rico, a 1 de abril de 2011.

Mediante Resolución de 1 de noviembre de 2010, el Tribunal de Primera Instancia, Sala de San Juan, declaró a la Lcda. Angelita Morales Velázquez "incapaz de regir sus bienes y su persona" (caso núm.: KEX2010-0002 (706), Vivian Eilyn Lara Sánchez, Ex Parte, designando a la Sra. Vivian Eilyn Lara Sánchez como tutora legal. A la vista sobre solicitud de incapacidad compareció el Dr. Víctor José Lladó, quien declaró "ampliamente respecto al estado de incapacidad de" la licenciada Morales Velázquez señalando su condición era una permanente y progresiva.

El 25 de febrero de 2011, ordenamos a la Lcda. Nydmilia Rodríguez Olmeda, quien fuera la abogada en el recurso ex-parte, que se expresara con relación a la Resolución del Tribunal de Primera Instancia de 1 de noviembre de 2010. El 11 de marzo de 2011, la licenciada Rodríguez Olmeda ha comparecido mediante "Moción en Cumplimiento de Orden", en la que señala que la tutora legal de la licenciada Morales Velázquez, la señora Lara Sánchez, solicita que la licenciada Morales Velázquez sea suspendida indefinidamente de la profesión, debido a su incapacidad mental.

En vista de lo anterior y conforme a la Regla 15(b) del Reglamento de este Tribunal, 4A L.P.R.A. Ap. XXI-A, se suspende indefinidamente a la Lcda. Angelita Morales Velázquez del ejercicio de la abogacía, por razón de su condición mental. El expediente de la licenciada Morales Velázquez demuestra una carrera en la abogacía sin tacha alguna, por lo que este Tribunal agradece los años de servicio prestado a la profesión.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo